

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00721-CV

Robert **PEREZ** and Ramiro Perez, Jr.,
Appellants

v.

Mauro **BERLANGA**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVG001601-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against the appellants.

SIGNED December 18, 2024.

_____
Lori I. Valenzuela, Justice